WOLCOTT COOK et al., Respondents, *v.* LAURA M. GILL et al., Individually and as Executors of FRANK B. GILL, Deceased, Appellants.

Submitted March 19, 1942; decided April 23, 1942.

*Ward N. Truesdell* for apellants.
*Oliver D. Burden* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH,. RIPPEY, LEWIS, CONWAY and DESMOND, JJ.